104 A.3d 1287

John SCOTT

v.

CITY OF PHILADELPHIA, ZONING BOARD OF
ADJUSTMENT AND FT HOLDINGS L.P.

Petition of FT Holdings L.P.

Supreme Court of Pennsylvania.

Nov. 25, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 25th day of November, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner, are:

(1) Whether the Commonwealth Court erred when it held that FT Holdings' objection to standing was untimely and the issue of standing was waived where, pursuant to the Pennsylvania's Supreme Court holding *Spahn v. Zoning Bd. of Adjustment,* 602 Pa. 83, 977 A.2d 1132 (2009), standing to appear before the SBA is fundamentally different than standing to appeal a [Board] decision to the Court of Common Pleas and the issue of standing was, therefore, timely raised by FT Holding[s'] Motion to Quash.

(2) Whether, pursuant to the Pennsylvania's Supreme Court's holding in *Spahn v. Zoning Bd. of Adjustment,* 602 Pa. 83, 977 A.2d 1132 (2009), John Scott lacks standing to appeal the decision of the Philadelphia Zoning Board of Adjustment and, as a result, the trial court properly dismissed his appeal with prejudice.